**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ALDEN ALEXANDER THOMAS, JR.,** )<br>   **Petitioner,** )<br>   v. )<br>**SUPERIOR COURT OF THE STATE OF** )<br>**CALIFORNIA, et al.,** )<br>   **Respondents.** ) | **Case No. CV 17-273-DSF(AJW)**<br><br>**MEMORANDUM AND ORDER**<br>**DISMISSING PETITION**<br>**WITHOUT PREJUDICE** |

  Petitioner is a state prisoner serving a life sentence. On January 18, 2107, petitioner filed a document entitled "Petition for Writ of Mandate/Prohibition." [Docket No. ("Dkt.") 5]. The petition seeks an order compelling the Los Angeles County Superior Court to enter a judgment finding that a two-page document submitted by petitioner is a genuine document. The document purports to be a grant of asylum from the country of Belize. [Dkt. 5 at 10-11]. As best the Court can discern, petitioner hopes to rely upon this document to secure a transfer from the custody of the State of California to the country of Belize.

  The federal mandamus statute provides that "[t]he district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff." 28 U.S.C. § 1361. Federal district courts lack the power to issue writs of mandamus directing state courts, state judicial officers, or other state officials

in the performance of their duties. Demos v. U.S. District Court, 925 F.2d 1160, 1161-1162 (9th Cir.) (a petition for a writ of mandamus "to compel a state court to take or refrain from some action" is "frivolous as a matter of law"), cert. denied, 498 U.S. 1123 (1991); Rodriguez v. Court of Appeal, 2013 WL 5603948, at *1 (C.D. Cal. Oct. 10, 2013) (same), aff'd, Feb. 27, 2014 (9th Cir. Case No. 13-56905). Because the Los Angeles County Superior Court is not an officer, employee or agency of the United States, this Court lacks jurisdiction to issue a writ of mandamus to compel it to perform its alleged duty.

Accordingly, the petition for writ of mandamus is dismissed without prejudice for lack of jurisdiction.

**It is so ordered.**

Dated: 2/16/17

Dale S. Fischer
United States District Judge

2