JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ALDEN ALEXANDER THOMAS, JR., <br><br>Petitioner, <br><br>v. <br><br>SUPERIOR COURT OF THE STATE OF CALIFORNIA, et al., <br><br>Respondent. | Case No. CV 17-273-DSF(AJW) <br><br>JUDGMENT |

It is hereby adjudged that the petition for a writ of mandamus is dismissed without prejudice for lack of jurisdiction.

2/16/17

Dated: _____

_____
Dale S. Fischer
United States District Judge